**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 3/2/07

```
                                           ___FILED    _RECEIVED
                                           ___ENTERED ___SERVED ON
                                           COUNSEL/PARTIES OF RECORD

                                           2007 MAR -6  P 3: 51

                                           CLERK US DISTRICT COURT
                                           DISTRICT OF NEVADA

                                           BY_____DEPUTY
                                           2:06-mj-00800-LRL
```

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
Lloyd D. George U.S. Courthouse     07-mj-68 AK
1st Floor
333 Las Vegas Blvd. South
Las Vegas, NV. 89101-7065
RE: 07-68M Rene Oswald Cobar & Luis Angel
Gonzalez-Largo

Dear Clerk of the Court:

**FILED**
MAR 1 3 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this matter regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 2/28/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk